Stewart M. Tabak, SBN 88780
TABAK LAW FIRM
A Professional Law Corporation
250 Dorris Place
Stockton, CA 95204
Telephone: (209) 460-0982
Facsimile: (209) 939-0982

Attorney for Plaintiff Jesus Carrillo

| | |
|---|---|
| JESUS CARRILLO, an elder,<br><br>               Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, DOCTORS HOSPITAL OF MANTECA, INC.,<br><br>               Defendant<br>_____/ | Case no. 2:20-CV-00865-JAM-EFB<br><br>STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL<br>[FRCP 41(a)]<br><br>Judge: John A. Mendez |

Plaintiff JESUS CARRILLO and defendants TENET HEALTHCARE CORPORATION, DOCTORS HOSPITAL OF MANTECA, INC. hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 20, 2020                                     /s/_____
                                                                            STEWART M. TABAK
                                                                            Attorney for plaintiff Jesus Carrillo

Dated: May 20, 2020 /s/
DANIELA STOUTENBURG
Attorney for defendants TENET
HEALTHCARE CORPORATION,
DOCTORS HOSPITAL OF
MANTECA, INC.

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ordered that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that own party's attorney's fees and costs. The Clerk is directed to close the file.

Dated:  May 20, 2020                                    /s/ John A. Mendez_____
                                                        HON. JOHN A. MENDEZ
                                                        United States District Court Judge